UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

E-IMAGEDATA CORP.,

    Plaintiff,

v.

Case No. 2:15-cv-00658-LA

DIGITAL CHECK CORP. d/b/a
ST IMAGING,

    Defendant.

## DEFENDANT'S MOTIONS *IN LIMINE*

Defendant Digital Check Corp. d/b/a ST Imaging, by its attorneys, von Briesen & Roper, s.c., moves the Court *in limine* to issue the following orders:

    a.    Excluding the Testimony of Undisclosed Witness Amy Urman;

    b.    Excluding Evidence, Opinion, or Argument Regarding Non-Commercial Advertising Communications; and

    c.    Excluding the Testimony of e-Image Expert Witness Jon Tepp.

The motion is based on Fed. R. Civ. P. 26, Fed. R. Evid. 401-403 and Fed. R. Evid. 702-704, the briefs and declaration filed herewith in support of ST Imaging's motions *in limine*, as well as all pleadings and papers of record.

Dated this 24th day of August, 2018.

> By: *s/ Philip C. Reid*
> Philip C. Reid, SBN 1009464
> Steven L. Nelson, SBN 1009779
> Mark E. Schmidt, SBN 1052450
> Kelly J. Noyes, SBN 1064809
> von BRIESEN & ROPER, s.c.
> 411 E. Wisconsin Ave., Suite 1000
> Milwaukee, WI 53202
> Telephone: (414) 276-1122
> Fax: (414) 276- 6281
> preid@vonbriesen.com
> snelson@vonbriesen.com
> mschmidt@vonbriesen.com
> knoyes@vonbriesen.com
>
> *Attorneys for Defendant Digital Check Corp.*
> *d/b/a ST Imaging*

31659776_2.DOCX